```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTURO MEDINA,

                Petitioner,

      - against -

PHIL MELECIO, *Superintendent*,

                Respondent.
------------------------------------------------------------X

23-CV-1495 (KPF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Respondent shall file a response to Petitioner's request for a stay at Dkt. 9 by **April 12, 2023**; shall serve a copy of same on Petitioner within two days of filing; and shall file proof of service within two days thereafter.

      The Clerk of Court is respectfully requested to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2023
       New York, New York

Copies transmitted this date to all counsel of record.