UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/8/2023
```

------------------------------------------------------------X

ARTURO MEDINA,

               Petitioner,

      - against -

PHIL MELECIO, *Superintendent*,

               Respondent.

------------------------------------------------------------X

23-CV-1495 (KPF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Respondent filed their response to the petition on June 7, 2023. Any reply from Petitioner must be filed by August 14, 2023. The Clerk of Court is respectfully requested to mail a copy of this order to Petitioner and note service on the record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 8, 2023
     New York, New York

1