UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTURO MEDINA,<br><br>                    Plaintiff,<br><br>    -against-<br><br>PHIL MELECIO,<br><br>                    Defendant(s). | 23-CV-1495 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's July 26, 2024 Order, ECF No. 30, plaintiff was required to file any objection to the Magistrate Judge's Report and Recommendation by September 23, 2024. To date, plaintiff has not filed any objection. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 27, 2024.** There will be no further extensions.

    SO ORDERED.

Dated: September 25, 2024
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge